# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141257

MICHAEL SAMEL,
      Plaintiff-Appellant,

v

                                 SC: 141257
                                 COA: 296176

PAROLE BOARD,
                                 Court of Claims: 09-000772-AA
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      DAVIS, J., not participating.  I recuse myself and am not participating because I was on the Court of Appeals panel in this case.  See MCR 2.003(B).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

d1027